1  RANDY S. GROSSMAN
2  United States Attorney
   BIANCA CALDERON-PEÑALOZA
3  Assistant U.S. Attorney
4  California Bar No. 324498
   United States Attorney's Office
5  880 Front Street, Room 6293
6  San Diego, California 92101-8893
   Telephone: (619) 546-8573
7  Email: Bianca.Calderon-Penaloza@usdoj.gov
8
9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
10
11              UNITED STATES DISTRICT COURT
12              SOUTHERN DISTRICT OF CALIFORNIA

13  UNITED STATES OF AMERICA,         Case No.: 21-CR-3198-AJB
14              Plaintiff,
15       v.                           NOTICE OF APPEARANCE
16  SAMANTHA CONDES (1),
    KRISTEN LAUREN KHYZOMA
17  AKA KRISTEN OBYAW (2),
18              Defendants.

19
20  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD
21       I, the undersigned attorney, enter my appearance as lead counsel for the
22  United States in the above-captioned case. I certify that I am admitted to
23  practice in this court or authorized to practice under CivLR 83.3.c.3-4.
24       The following government attorneys (who are admitted to practice in this
25  court or authorized to practice under CivLR 83.3.c.3-4) are also associated with
26  this case, should be listed as lead counsel for CM/ECF purposes, and should
27  receive all Notices of Electronic Filings relating to activity in this case:
28              <u>Name</u>

**None**.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

**Francisco Anaya Nagel**.

Please feel free to call me if you have any questions about this notice.

DATED: January 6, 2022.

    Respectfully submitted,

    RANDY S. GROSSMAN
    United States Attorney

    *s/ Bianca Calderon- Peñaloza*
    BIANCA CALDERON- PEÑALOZA
    Assistant U.S. Attorney
    Attorneys for Plaintiff
    United States of America