Stephanie Grimaldi, Esq. (SBN: 327311)
The H Law Group
800 W. 6th Street, Ste. 450
Los Angeles, CA 90017
P: (888) 499 – 4948
stephanie@thehlawgroup.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE ANTHONY J. BATTAGLIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No.: 3:21CR03198-002-AJB |
| Plaintiff, | |
| vs. | DEFENDANT KRISTEN KHYZOMA'S SENTENCING MEMORANDUM |
| KRISTEN LAUREN KHYZOMA aka KRISTEN OBYAW, | DATE: March 28, 2022 Time: 9:00 a.m. |
| Defendant. | |

## I.    INTRODUCTION

Ms. Kristen Khyzoma, a.k.a. Kristen Obyaw (hereinafter "Ms. Khyzoma"), is a nineteen (19) year old recent high school graduate who lives with her mother and younger sister in the San Francisco Bay area. She graduated from John O'Connell Technical High School in San Francisco in 2012, where she originally met co-defendant Samantha Condes (hereinafter "Ms. Condes"). Ms. Khyzoma and Ms. Condes have been friends since high school.

1

As further described below, On October 22, 2021, Ms. Khyzoma and Ms. Condes were stopped by United States Border Patrol agents for transportation of certain aliens and aiding and abetting in violation of Title 8 U.S.C. §§1324(a)(1)(A)(ii) and (v)(II). Ms. Khyzoma has expressed sincere remorse for committing this offense and has accepted full responsibility for her actions. She understands the gravity of her actions and has accepted the consequences of her behavior and the impact this conviction will have on her future.

## II.     PROCEDURAL HISTORY

On or about November 18, 2021, a single-count information was filed in the United States District Court, Southern District, charging Ms. Condes and Ms. Khyzoma with transportation of certain aliens and aiding and abetting, in violation of Title 8 U.S.C. §§1324(a)(1)(A)(ii) and (v)(II).

On January 4, 2022, Ms. Condes pled guilty to the charge. The Honorable Michael S. Berg ordered a Pre-Sentence Investigation Report ("PSR") be prepared by the Probation Department. Ms. Khyzoma has reviewed the PSR with counsel and now comes before the Honorable Judge Battaglia for sentencing.

## III.     SUMMARY SENTENCING RECOMMENDATION

Based upon the criteria enumerated under 18 U.S.C. § 3553(a) and an adjust for mitigating role under USSG § 3B1.2, subd. (b), Ms. Khyzoma respectfully requests the Court impose a sentence of **time served.**

## IV.     DEFENDANT'S REQUEST FOR A SENTENCE OF NO MORE THAN TIME SERVED WILL RESULT IN SUFFICIENT, BUT NOT GREATER THAN NECESSARY, SENTENCING AS SET FORTH UNDER U.S.C. § 3553(a)

The Sentencing Guidelines are no longer mandatory. *See United States v. Booker,* 543 U.S. 220, 260-61 (2005). In *Booker,* the Supreme Court held that the mandatory Sentencing Guidelines System violated the Sixth Amendment. *Id.* at 226-227. In the *Booker* remedial opinion, the Supreme Court determined that the constitutional violation would be cured by modifying the federal sentencing statue to make the Guidelines effectively advisory. *Id.* at 245.

Under 18 U.S.C. § 3582(a), the Court is directed to consider certain factors to determine the appropriate punishment, "recognizing that imprisonment is not an appropriate means of promoted correction and rehabilitation. *Id.* 18 U.S.C. § 3553(a) requires Courts to "impose a sentence sufficient, but not greater than necessary," to comply with the purposes set forth in § 3553(a)(2). These purposes are:

(A) To reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(B) To afford adequate deterrence to criminal conduct;

(C) To protect the public from further crimes of the defendant; and

(D) To provide the defendant with needed education or vocational training, medical care, or other correctional treatment in the most effective manner.

Section 3553(a) further directs sentencing courts to consider, among other things: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (3) the kinds of sentences available; and (6) the need to avoid unwanted sentencing disparities among defendants with similar records who have been found guilty of similar conduct.

Moreover, 18 U.S.C. § 3661 states that "no limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court of the United States may receive and consider for the purpose of imposing an appropriate

sentence." As such, it is clear that the Congressional intent is for the least possible sentence and for appropriate alternatives to incarceration.

## V.   ANALYSIS OF THE U.S.C. §3553(a) FACTORS

U.S.C. § 3553(a) contains seven factors that must be weighed to determine that a sentence that is sufficient, but not greater than necessary, to achieve the sentencing goals outline in that statue.

### A. Nature and Circumstances of the Offense; History and Characteristics of the Defendant.

#### 1. The Nature and Circumstances of the Offense

The first § 3553(a) factor requires the sentencing Court to consider the nature and circumstances of the offense. On or about October 22, 2021, United States Border Patrol ("USBP") observed Ms. Condes, the driver of the vehicle, and Ms. Khyzoma, the passenger, in a Hyundai Santa Fe Sports Utility Vehicle (SUV) stopped at the entrance of Skydive, San Diego (PSR 4, ¶4). While the vehicle was stopped at Skydive, multiple individuals got into the vehicle. *Id.* It was later determined that these individuals were illegally present in the United States (PSR 5, ¶ 6-8).

During an interview with U.S. Probation Officer Stephen P. Black, Ms. Khyzoma expressed remorse for her actions, stating she wished she never committed the subject offense, and adding that she has never been in this type of trouble before. (PSR 6, ¶ 17). Ms. Khyzoma referred to her actions in the subject matter as the "biggest mistake" she has ever made. *Id.* Prior to this incident, Ms. Khyzoma had plans to attend college and pursue her dreams of becoming a filmmaker or nurse. She understands the consequences of her actions and the impact this conviction will have on her future.

4

2.  History and Characteristics of Defendant Khyzoma

Ms. Khyzoma was born on November 13, 2002 in San Francisco, California. She is currently nineteen (19) years old. Ms. Khyzoma's father, Clift Obyaw (51), is a banker and/or financial advisor who lives in San Francisco and her mother, Cynthia Oneto (52), is a social worker for the County of San Francisco.

Growing up, Ms. Khyzoma's parents argued and disagreed frequently. They divorced when she was in 2nd grade. From that time to the age of thirteen (13), Ms. Khyzoma's parents shared custody and she lived intermittingly between their respective residences. Ms. Khyzoma stopped living with her father at the age of thirteen (13), as she felt neglected when she was with him. Since then, Ms. Khyzoma has not seen her father save for occasional contact on her birthdays. Ms. Khyzoma believes that her father sporadically provided child support. Now, Ms. Khyzoma lives with her mother and younger sister Alex (11).

Throughout school, Ms. Khyzoma considered herself to be a shy and quiet person. In her spare time, she enjoyed creative writing and would describe herself as an indoor person. From approximately 7th grade through 10th grade, Ms. Khyzoma volunteered at a summer camp, Camp EDMO, where she counseled and taught campers the STEM (science, technology, engineering, and mathematic) academic principles (*See* "Exhibit A"). In 2018, she completed approximately 252 hours of community service at Camp EDMO. *Id.* Ms. Khyzoma has continued her volunteer work through Volunteer Opportunity USA Western Territory where she assisted with Christmas Meal Deliveries in December 2016, 2019, and 2021 (*See* "Exhibit B"). Ms. Khyzoma is passionate about volunteering, and even received The President's Volunteer Service Award from the Corporation for National and Community Service in 2018 (*See* "Exhibit C").

5

Ms. Khyzoma is also interested in filmmaking (*See* "Exhibit D") and attended summer camps related to this interest from 2nd grade through 7th grade. Ms. Khyzoma also attended a six-to eight-week program at the Bay Area Video Coalition in San Francisco where she studied filmmaking. Ms. Khyzoma graduated from John O'Connell Technical High School in San Francisco in 2021 (*See* "Exhibit D"). Ms. Khyzoma was a hard-working student, and even achieved a 3.83 GPA in 12th grade (*See* Exhibit E"). While in high school, she was actively involved in cross-country and the Associated Student Body Government (ASB).

Ms. Khyzoma was diagnosed with Depressive Disorder with Melancholic Features in 2016 by Dr. Danika L. Grundemann (*See* "Exhibit F"). She was originally prescribed the antidepressant *Lexapro,* but discontinued the medication as it did not help her condition but made her feel worse. She recently has engaged in virtual counseling and therapy sessions with Dr. Howard Kaplan and finds these sessions beneficial to her mental health. Ms. Khyzoma is currently engaged in weekly individual therapy.

Ms. Khyzoma is currently living with her mother who supports her as she saves money to be able to afford her own residence and school. Although Ms. Khyzoma is currently unemployed, she is diligently looking for work. She previously held employment as a babysitter, a seasonal Halloween store employee, a bagger for a supermarket, and an employee of a local pizzeria. She has interests in filmmaking and becoming a nurse and plans on continuing to pursue employment opportunities.

///

///

///

**B.  Minor Role Reduction**

6

### a. Applicable Law

Section 3B1.2 of the United States Sentencing Guidelines provides that a defendant's offense level shall be decreased if the person's role in the offense was minor. The guidelines specifically require Courts to make individual, fact-based determination in each case (United States Sentencing Guidelines §3B1.2). The Sentencing Commission specifically provided for a four-level reduction for minimal participants at the lowest level of culpability, an intermediate level of a three-point reduction for those whose role falls between minimal and minor, and then a two-level for minor role reduction.

When determining whether an individual's conduct in the underlying offense should be viewed as minimal, the individual's lack of knowledge and/or understanding of the scope and structure of the enterprise should be considered. (U.S.S.G. §3B1.2 comment n.4). A two-level reduction for minor role should be implemented when an individual is less culpable than most other participants, but whose role could not be described as minimal. (*Id.* at comment n.5).

### b. Background and Offense Conduct

Ms. Khyzoma and Ms. Condes have known each other for approximately four years, having met in high school. As mentioned above, they regularly took short trips together, such as travelling to New York, New York and Santa Cruz, California. The two girls planned a road trip to Los Angeles, California. Ms. Khyzoma was just laid off from her job and just ended a romantic relationship, so she was excited to take a trip to help lift her spirits. At some point, Ms. Khyzoma saw an Instagram "Story" post by a skater influencer that she followed on the Instagram application platform. The post was advertising a job looking for drivers to transport workers. Both Ms. Khyzoma and Ms. Condes agreed to request more information regarding the job advertisement.

While Ms. Condes was driving toward Los Angeles, Ms. Khyzoma private messaged the Instagram poster who advertised for drivers. The individual explained the job involved picking up workers who work for him and his brother. The two girls understood they would be paid $1,000 total to pick up the workers in San Diego, California and drop them off in Orange County, California. The girls agreed they could use the money for their trip, such as getting a hotel room versus sleeping in the car, which they had done on previous road trips.

Ms. Khyzoma was told by the Instagram poster to speak to the individual's boss and was provided with his Instagram contact information. The boss provided her with coordinates corresponding to the location where they were to pick up the workers in Chula Vista, California. The boss continuously checked in regarding the girls' location and asked how far they were from the pickup spot. The boss asked them to share their location so he would know where they were throughout the trip. At one point, the boss asked the girls to "drive faster" as the workers were "waiting."

Once the girls reached the location provided by the boss, five men jumped into the vehicle Ms. Condes was driving. Ms. Khyzoma and Ms. Condes were scared and did not know what to do. They were afraid to say anything that could compromise their safety. Ms. Khyzoma did realize that these men were likely undocumented individuals. The boss instructed the girls to drive to Orange County where he would then provide them the address of where to drop off the workers.

c. Legal Argument

Ms. Khyzoma is deserving of a two-point reduction for "minor role" as she did not understand the scope and structure of the subject offense. She did not plan or organize this crime and she did not exercise decision-making authority. Rather, she followed the instructions from

8

the Instagram poster and that individual's "boss." Ms. Khyzoma had no knowledge of what organization the Instagram individual or the boss worked for, nor did she have any specific information regarding how the Instagram individual or boss found potential "drivers." Ms. Khyzoma does not know anyone else who was working for the Instagram individual or his boss.

As such, it is clear that Ms. Khyzoma is substantially less culpable than the average participant involved in this case. Known individuals such as the Instagram individual and his boss were average participants and substantially more culpable than Ms. Khyzoma. Ms. Khyzoma is the exact type of offender the Commission had in mind when structuring the adjustments based on § 3B1.2.

## C. Reflect the Seriousness of the Offense; Promote Respect for the Law; Provide Just Punishment for the Offense.

As noted above, Ms. Khyzoma deeply regrets her involvement in this crime and understands the gravity of her actions. Ms. Khyzoma committed a crime and should be punished accordingly, with a sentence that promotes respect for the law and provides just punishment. "Respect for the law is promoted by punishments that are fair, however, not those that simply punished for punishment's sake." *United States v. Stern,* (2008) 590 F. Supp.2d 945, 956-57. "A sentence of imprisonment may work to promote not respect, but derision, of the law if the law is viewed as merely a means to dispense harsh punishment without taking into account the real conduct and circumstances involved in sentencing." *(Id.* quoting *Gall,* 128 S. Ct. at 599).

A defendant who deserves leniency, but is sentenced harshly does nothing to promote respect for the law. The same is true for a defendant who deserves a harsh punishment but receives a simple slap on the wrist. This sentence must be balanced, taking into consideration all

will not create disparity between Ms. Khyzoma and similarly situated defendants as it will promote respect for the law while also not resulting in a greater punishment than is necessary.

### D.  Afford Adequate Deterrence to Criminal Conduct

There is no justification for this crime. Deterrence and prohibition are essential objectives for society. However, in accordance with the directive set out in §3553(a), the sentence imposed upon Ms. Khyzoma must be sufficient, but not greater than necessary, to meet the overall purposes of sentencing. Based on Ms. Khyzoma's age, lack of criminal history, and complete remorse she feels in regards to her actions, a sentence of **time served** would adequately deter her from committing future crimes.

### E.  Need to Protect the Public (Low Risk of Recidivism)

Ms. Khyzoma's remorse and cooperation with investigators bodes well for rehabilitation, and her lack of criminal history and young age indicates that she does not pose a significant threat or reoffending or otherwise endangering the public. Further, Ms. Khyzoma's support from her mother indicates that she is not likely to harm the public by committing a future crime. With zero criminal history points, Ms. Khyzoma poses the lowest possible risk of recidivism. Indeed, as an offended without a single criminal history point, Ms. Khyzoma presents only a little more than a 10% risk of recidivism the first 24 months after release. By contrast, other offenders in the same criminal history category with on criminal history point have a recidivism rate twice that of Ms. Khyzoma. *See* United States Sentencing Commission, *Measuring Recidivism: The Criminal History Computation of the Federal Sentencing Guidelines,* at 7 (2004).

### VI.    CONCLUSION

For the foregoing reasons, Defendant Kristen Khyzoma respectfully requests this Court impose a sentence of no greater than **time served.**

1

2                                              Respectfully Submitted,

3

4                                              _____

5                                              Stephanie Grimaldi, Esq.
                                               ATTORNEY FOR DEFENDANT,
6                                              KRISTEN KHYZOMA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

12

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT A

*Edventure More*
2295 Palou Ave,
San Francisco, CA 94124

November 8, 2018

To Whom It May Concern:

During the weeks of June 11, June 18, July 2, July 9, July 16, July 23, and July 30, Kristen completed 252 hours of community service by volunteering with Camp EDMO as part of our Leader in Training Leadership Program. During this time, Kristen was responsible for assisting the counselors and instructors in ensuring safety and fun. They were proactive and innovative in their approach to working with campers, always striving to be a team player.  Kristen always stepped forward to take the initiative in making sure campers are having the best experience. The staff and camp directors all greatly appreciated Kristen's contributions to this summer's program.

**Organization**: *Edventure More* (EDMO) a San Francisco-based 501(C)3 creates equitable, high-quality STEAM and SEL programs that cultivate curious, couragous, and kind human beings.
**Role**: Leader in Training
**Skills/Duties**: leadership; child care; parent communication; managing drop-off/pick-up of students; assisting in science, arts, and physical activities; timeliness; creativity; role modeling; and youth program facilitation
**Time**: 252

This summer's volunteer hours may also qualify you for the Presidential Service Award. Visit presidentialserviceaward.gov to learn about hourly requirements for your age group. If you qualify and would like EDMO to order your award, please email us your request!

Feel free to contact us with any questions.

Sincerely,

Ashley Huff
LIT Program Coordinator
*Edventure More*
415.282.6673
litprogram@campedmo.org

# EXHIBIT B

# VOLUNTEER OPPORTUNITI
## USA Western Territory

Home | My Account | Sign Out

Home > My Account

# Hello, Kristen OByaw !

This is a reminder that your next shift is scheduled for 12/25/2021 8:30 AM. Click here for details.

 Your Volunteer Opportunities

You have registered for 3 different opportunities over the past 5 years. Click here to view this list, manage your registrations, and manage your shift assignments.

 Your Volunteer Coordinator

Your volunteer coordinator is:

**Lt Christopher Wikle**
**(615) 495-9083**
**christopher.wikle@usw.salvationarmy.org**

 VOLUNTEER OPPORTUNITI
USA Western Territory

Home | My Account | Sign Out

Home > My Account

# Hello, Kristen OByaw !

 Your Volunteer Opportunities

You have registered for 3 different opportunities over the past 6 years. Click here to view this list, manage your registrations, and manage your shift assignments.

 Your Volunteer Coordinator

Your volunteer coordinator is:

**Lt Christopher Wikle**
**(615) 495-9083**
**christopher.wikle@usw.salvationarmy.org**

 Explore Opportunities

We found some other opportunities close to you that



# VOLUNTEER OPPORTUNITI
## USA Western Territory

Home | My Account | Sign Out

Home > My Account > **Volunteer Hours**

# Volunteer Hours

View Printable Report

| Date | Opportunity | Description of Work |
|---|---|---|
| 12/25/2021 | URGENT - Christmas Meal Deliveries 2021 - SF | 8:30am Drivers (40 Meal routes) |
| 12/25/2019 | 2019 Christmas Meal Delivery Drivers | Christmas Meal Deliveries - 9am |
| 11/24/2016 | 2016 Thanksgiving Meal Delivery Drivers! | Thanksgiving Meal Delivery Driver 2016 |

**Total Approved Hours:  8.00**

\* All volunteer time must be reviewed and approved by the volunteer
coordinator. If you have a time entry that was denied, please contact

You selected the following volunteer assignments:

| Date | Assignment | Location |
|------|-----------|----------|
| 12/25/2021 8:30 AM - 12:30 PM | 8:30am (40 Meal routes) - DRIVERS: (**NOTE:** Drivers - please only reserve **ONE SPOT PER VEHICLE.** Thank you!)<br><br>- **40 meals per route - less stops but more meals;**<br>- All routes in San Francisco;<br>- Must have own vehicle;<br>- Must have at least one accompanying passenger;<br>- Only drivers must pre-register.<br>- Routes will be pre-assigned and emailed before Christmas.<br>**(You reserved 1 spot)** | The Salvation Army South of Market Corps 360 4th Street San Francisco CA. 94107 |

(You can change these assignments in the "My Account" area of our website.)

Sincerely,

1

2

3

4

5

6

7

8

9  # EXHIBIT C

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



*The President's Volunteer Service Award is presented to:*

# KRISTEN LAUREN
## GOLD

*By the Corporation for National and Community Service in recognition and appreciation for their commitment to strengthen our nation and communities through volunteer service.*

## 2018
Awarded



Corporation for
NATIONAL &
COMMUNITY
SERVICE ★★★

POINTS
OF LIGHT



THE WHITE HOUSE

WASHINGTON

Congratulations on receiving the President's Volunteer Service Award.

On behalf of a grateful Nation, I thank you for your service to your fellow Americans and those most in need. Through your dedicated service, you have ensured the continuation of America's unparalleled commitment to improving the lives of others.

Over this past year, you have served as a model of the American spirit. Your many hours of service have strengthened the bonds of cooperation and trust that bring people together, while helping to address some of the greatest challenges of our time.

One of our Nation's greatest strengths remains the compassion of our everyday citizens, who give so willingly of themselves and their lives for the benefit of others. Each generation of hardworking and kindhearted volunteers helps to write a new chapter of American greatness, and our Nation is proud for your commitment to this honorable tradition.

As we reflect on your many acts of kindness and charity over this past year, our Nation draws inspiration from those who answer the call to help their communities and our Nation. With your continued efforts to build on our Nation's culture of service, America will proudly remain a land of freedom and opportunity for all.

Thank you for your enduring commitment to serving your community and our Nation. I trust that you will continue to work for the betterment of others and an even stronger future for the American people.

1
2
3
4
5
6
7
8
# EXHIBIT D
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**What is one of your favorite classes you took at O'C and why?**



"Ethnic studies with Mr. Colley... I got to learn about injustice in our community and learned about ways we can help our community and society. This class helped me grow as a person and understand I want to learn about ethnic studies more and incorporate it into my film making."
-Kristen Khyzoma



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT E



| O'Connell (John) HS<br>Ms. Susan Ryan, Principal<br>2355 Folsom St<br>San Francisco, CA 94110        415-695-5370 | SAN FRANCISCO UNIFIED<br>SCHOOL DISTRICT<br>Report Card<br>2020-2021 | Student Name:<br>O'Byaw, Kristen L. | | |
|---|---|---|---|---|
| | | Perm ID:<br>20050774 | Grade:<br>12 | Home Room: |

## Grade Detail

| Period | Course ID | Course Title | P1 | Teacher | Abs | Tar |
|---|---|---|---|---|---|---|
| 1 | BIOL350 | AP Biology | A | Mululu, J. | 0 | 2 |
| | Comment(s) | Student participates well in class<br>Student makes consistent effort | | | | |
| 2 | ALGC152 | CCSS Algebra 2 | A | Sullivan, M. | 1 | 0 |
| 3 | HALL150 | Study Hall | A | Staffa, S. | 0 | 0 |
| 4 | EDHS952 | Ed Human Serv 2 | B | MartinezXonthe, Y. | 5 | 0 |
| 5 | EURO150 | Eng/Euro Lit | A | Colley, M. | 3 | 0 |
| | Comment(s) | Student is doing excellent work<br>Student participates well in class<br>Student makes consistent effort | | | | |
| 6 | USHI150 | US History | A | RamirezBarrios, W. | 3 | 0 |
| 7 | ADVI150 | Advisory | A | RamirezBarrios, W. | 2 | 0 |
| 8 | COCA150 | College/Career | A | RamirezBarrios, W. | 2 | 0 |
| 9 | EDHS952 | Ed Human Serv 2 | A | Colley, M. | 0 | 0 |

| GPA | Current - Unweighted | 3.83 |
|---|---|---|

Learn how to receive report cards electronically and stop paper delivery at:
www.sfusd.edu/ReportCardOptOut

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT F

3/22/16
To Whom It May Concern,

Kristen Lauren Obyaw is under my care and I am currently treating her for
a mental health disability recognized in the DSM V. I have diagnosed her with
Depressive Disorder with Melancholic Features; F32.9.  Her
disorder substantially limits at least one major life activity.

As the primary treatment to address her psychological disability, I highly
recommend that Kristen obtain a dog or a cat to serve as an emotional support
animal. It is my professional opinion that the presence of this animal is a
necessary treatment for the mental health of Kristen because its presence will
help to mitigate the symptoms she is currently experiencing.

Kristen meets the definition of disability under the Americans with Disabilities Act,
the Fair Housing Act, and the Rehabilitation Act of 1973. Due to mental illness,
Kristen has certain limitations regarding social interaction and coping
with feelings of extreme sadness. In order to help alleviate these difficulties, and
to enhance her ability to live independently and to fully use and enjoy the
dwelling unit you own and/or administer, I am prescribing an emotional support
animal that will assist Kristen in coping with her disability.

Sincerely,
Danika L. Grundemann

Marriage and Family Therapist Trainee,
Under the Supervision of Erika Riki Bloom, MFT
CA license #40079

The Clinic Without Walls, TCWOW
390 Valencia St. SF, CA 94103
415-373-4094, ext. 803