RANDY GROSSMAN
United States Attorney
Bianca Calderon-Peñaloza
Assistant U.S. Attorney
California Bar No. 324498
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8573
Fax: (619) 546-0510
Email: bianca.calderon-penaloza@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-CR-3198-2-AJB |
|---|---|
| Plaintiff, | Date: March 28, 2022<br>Time: 9:00 am |
| v. | |
| KRISTEN LAUREN KHYZOMA, AKA KRISTEN OBYAW | **THE UNITED STATES' SENTENCING SUMMARY CHART** |
| Defendant. | |

The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, RANDY GROSSMAN, United States Attorney, and Bianca Calderon-Peñaloza, Assistant U.S. Attorney, hereby files its Sentencing Summary Chart, which is based upon the files and records of this case.

DATED: March 21, 2022

Respectfully submitted,

RANDY GROSSMAN
United States Attorney

*/s/ Bianca Calderon-Peñaloza*
Bianca Calderon-Peñaloza
Assistant U.S. Attorney
United States of America

# SENTENCING SUMMARY CHART
[ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]

USPO [ ]
AUSA [X]
DEF [ ]

**Sentencing Date:** March 28, 2022

Defendant's Name: KRISTEN LAUREN KHYZOMA   Docket No.: 21-CR-3198-2-AJB

Attorney's Name: Bianca Calderon-Peñaloza   Phone No.: (619) 546-8573

Guideline Manual Used: November 1, 2018   Agree with USPO Calc.: Yes

Base Offense Level: USSG § 2L1.1(a)(3) - Transportation of Certain Alien(s)   12

Specific Offense Characteristics: USSG § _____   0
_____   0
_____   0
_____   0
_____   0

Victim Related Adjustment: ___
Adjustment for Role in the Offense: ___
Adjustment for Obstruction of Justice ___
Adjustment for Reckless Endangerment: ___

**Adjusted Offense Level:**   12
( [ ] Combineed (Mult. Counts) [ ] Career Off. [ ] Armed Career Crim.)

Adjustment for Acceptance of Responsibility: [ [ ] Gov. Motion under § 3E1.1(b)]   -2

**Total Offense Level:**   10

Criminal History Score:   0
Criminal History Category: ( [ ] Career Offender [ ] Armed Career Criminal)   I

Guideline Range:   from  6  mths
(Range limited by: [ ] minimum mand. [ ] statutory maximum)   to  12  mths
Departures:
USSG §5K3.1 - Fast Track   -2

Resulting Guideline Range: Adjusted Offense Level : 8   from  0  mths
**RECOMMENDATIONS: 120 days, 3 years' Supervised Release, $100 Special   to  6  mths
Assessment $5,000 JVTA Assessment (unless found indigent by the Court).**

After considering the § 3553(a) factors, the United States believes the recommended sentence is sufficient but not greater than necessary.